IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:21-cr-30169-DWD |
| | ) | |
| JAMAICO J. BLAKE, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER FINDING NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On November 30, 2022, the Court entered a Preliminary Order of Forfeiture (Doc. 51) against Defendant for the following property, which has been seized from Defendant:

**A Ruger .40 caliber firearm, serial number 341-25524, and any and all ammunition contained therewith.**

The Preliminary Order of Forfeiture stated the Government would provide an opportunity for persons to claim a legal interest in the property under 21 U.S.C. § 853(n)(1).

The Government now provides a sworn Declaration of Publication (Doc. 70-1) that notice was published on an official government website, www.forfeiture.gov, for at least 30 consecutive days beginning on December 2, 2022, and ending on December 31, 2022. No third party filed a petition, within 30 days after the last date of the publication, to allege an interest in the property.

Therefore, the Court **FINDS**, under 21 U.S.C. § 853(n)(7), no third-party petitions were filed and the United States of America has clear title to the above-described

property, which was the subject of the Preliminary Order of Forfeiture, namely:

**A Ruger .40 caliber firearm, serial number 341-25524, and any and all ammunition contained therewith.**

The United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law, including by returning any stolen property to the true owner.

**SO ORDERED**.

Dated: March 6, 2023

/s *David W. Dugan*
_____
DAVID W. DUGAN
United States District Judge